Case Number 09-12307 - ARMSTEAD, LAKESHA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Ohio Dept of Taxation**<br>**Bankruptcy Div.**<br>**P O Box 530**<br>**Columbus OH 43216**<br>  Unsecured Distribution<br>  #3328 | 000003A | 244.00 | 2.00 |
| ---------- Remittance Total -------------- | | 244.00 | 2.00 |

_Waldemar J. Wojcik_
Waldemar J. Wojcik, Trustee

FILED
09 NOV 30 PM 2:43
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND